**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BILLY RAY CASTLEBERRY, | ) | No. EDCV 13-1074-ABC (CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| DANIEL PARAMO, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: 10/28/13

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
United States District Judge