**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BILLY RAY CASTLEBERRY, | ) | No. EDCV 13-1074-ABC (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DANIEL PARAMO, Warden, | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, as wholly unexhausted.

DATED: <u>October 28, 2013</u>

_____
AUDREY B. COLLINS
United States District Judge